UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIN CARTER | CIVIL ACTION |
| VERSUS | NO. 21-1303 |
| ST. TAMMANY PARISH SCHOOL, BOARD, *et al.* | SECTION M (1) |

## JUDGMENT

In accordance with this Court's Orders & Reasons (R. Docs. 30, 31, 32, 33) granting defendants' motions to dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants St. Tammany Parish School Board, William Folse, III, Peter Jabbia, Michael Cossé, Regina Sanford, Aimee Lemane, Amy T. Burns, and C. Brandon Harrell, DISMISSING the claims of plaintiff Erin Carter, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants St. Tammany Federation of Teachers and School Employees, Deborah Green, Patricia Craddock, and Brant Osborn, DISMISSING the claims of plaintiff Erin Carter, with prejudice.

New Orleans, Louisiana, this 25th day of February, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE